IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00667-GPG

CHRISTINE APRIL MARTINEZ,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case is not appropriate for summary dismissal at this time. Therefore, the case will be assigned to the AP docket for further review. See D.C. COLO.LAPR 10.3. Accordingly, it is

ORDERED that this case shall be placed on the AP docket.

DATED March 24, 2016, at Denver, Colorado.

BY THE COURT:

Gordon P. Gallagher
United States Magistrate Judge